# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Lamarcus Williamson *also known as Lamarcus Treyon Williamson also known as Treyon Williamson also known as Lee Williamson*, <br> *Plaintiff* <br> v. <br><br> Vice President Mr. Christopher Hammond *Palmetto Richland Health Hospital Health Care Industry Palmetto Health Dublin, Ohio, 43017.* <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.     3:19-cv-01140-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Lamarcus Williamson *also known as Lamarcus Treyon Williamson also known as Treyon Williamson also known as Lee Williamson*, shall take nothing of the defendant, Vice President Mr. Christopher Hammond *Palmetto Richland Health Hospital Health Care Industry Palmetto Health Dublin, Ohio, 43017*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   June 25, 2019                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                           s/L. Baker
                                                                     _____
                                                                     *Signature of Clerk or Deputy Clerk*